Thomas R. Califano, Esq.
Rachel Nanes, Esq. (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
E-mail: thomas.califano@dlapiper.com
        rachel.nanes@dlapiper.com

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No. 18-74545 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

EAST\173022854.1

```
------------------------------------------------------------ x
HOWARD M. EHRENBERG,                                         :   Adv. Pro No. 20-08053 (AST)
CHAPTER 11 LIQUIDATING TRUSTEE,                              :
                                                             :
                              Plaintiff,                     :
        v.                                                   :
                                                             :
SAGE GROUP CONSULTING, INC., AND SALIL SHARMA,               :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ x
```

## CERTIFICATE OF SERVICE

I, Thomas R. Califano, an attorney duly licensed to practice law in the State of New York, affirm under penalty of perjury that on March 17, 2020, a true and correct copy of the *Complaint* [D.I. 1] and the *Summons in an Adversary Proceeding* [D.I. 2] was served via UPS Overnight Delivery on the following parties:

### VIA UPS OVERNIGHT DELIVERY

Sage Group Consulting, Inc.
Attn: Salil V. Sharma
3400 Highway 35 South, Suite #9
Hazlet, New Jersey 07730

Sage Group Consulting, Inc.
Attn: Salil V. Sharma
455 East State Parkway, Suite #203
Schaumburg, Illinois 60173

Salil Sharma
5 Muncee Court
Holmdel, New Jersey 07733

2

| | |
|---|---|
| Dated: April 12, 2020<br>New York, New York | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Thomas R. Califano*<br>Thomas R. Califano, Esq.<br>Rachel Nanes, Esq. (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>E-mail:  thomas.califano@dlapiper.com<br>             rachel.nanes@dlapiper.com<br><br>*Counsel to the Liquidating Trustee* |