**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No. 18-74545 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| HOWARD M. EHRENBERG, | : | |
| CHAPTER 11 LIQUIDATING TRUSTEE, | : | |
| | : | Adv. Pro. No. 20-08053 (AST) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SAGE GROUP CONSULTING, INC., AND SALIL SHARMA, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------------x

**STIPULATED ORDER REGARDING DEFENDANT
SALIL SHARMA'S DEADLINE TO FILE A SECOND AMENDED
MOTION TO DISMISS AND RELATED RESPONSE DEADLINE**

Pursuant to the terms of this *Stipulated Order Regarding Defendant Salil Sharma's Deadline to File a Second Amended Motion To Dismiss and Related Response Deadline* (this "Order") and Rule 7012-1 of the Local Bankruptcy Rules for the Eastern District of New York, Plaintiff, Howard M. Ehrenberg, the duly appointed liquidating trustee (the "Liquidating Trustee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through his undersigned counsel, and Defendant, Salil Sharma ("Sharma," and together with the Liquidating Trustee, the "Parties") hereby stipulate and agreed to allow Sharma to file a second amended motion to dismiss the Complaint (as defined below) (the "Second Amended Motion to Dismiss") and to set the Liquidating Trustee's response deadline in accordance with the terms and conditions of this Order, as provided for herein:

1. On March 16, 2020, the Liquidating Trustee commenced an adversary proceeding (Case No. 20-08053 (AST)) (the "Adversary Proceeding") by filing a complaint against Sage Group Consulting, Inc. and Sharma [D.I. 1] (the "Complaint").

2. Pursuant to an agreement reached between the Parties, Sharma's deadline to respond to the Complaint was June 24, 2020.

3. On June 24, 2020, Sharma filed a motion to dismiss the Complaint (the "Motion to Dismiss") [D.I. 6].

4. On July 2, 2020, Sharma filed an amended motion to dismiss the Complaint (the "Amended Motion to Dismiss") [D.I. 7].

5. On July 13, 2020, Sharma requested that the Liquidating Trustee agree to his filing of the Second Amended Motion to Dismiss by July 17, 2020, and the Liquidating Trustee agreed.

Accordingly, it is hereby **ORDERED** that:

1. Sharma is authorized and directed to file the Second Amended Motion to Dismiss on or before July 17, 2020.

2. The Liquidating Trustee is directed to respond only to the Second Amended Motion to Dismiss, and such response shall be filed on or before August 7, 2020.

Dated: New York, New York  
       July 14, 2020

**DLA PIPER LLP (US)**

*/s/ Thomas R. Califano*  
Thomas R. Califano (6144)  
DLA Piper LLP (US)  
1251 Avenue of the Americas  
New York, New York 10020-1104  
Telephone: (212) 335-4500  
*Counsel to the Liquidating Trustee*

Dated: Holmdel, New Jersey  
       July 14, 2020

**SALIL SHARMA**

*/s/ Salil Sharma*  
Salil Sharma  
5 Muncee Court  
Holmdel, New Jersey 07733  
Telephone: (732) 491-7315

*Defendant*

**SO ORDERED.**



**Dated: July 17, 2020**  
     **Central Islip, New York**

            **Alan S. Trust**  
**United States Bankruptcy Judge**