UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No. 18-74545 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

| | | |
|---|---|---|
| HOWARD M. EHRENBERG, | : | |
| CHAPTER 11 LIQUIDATING TRUSTEE, | : | Adv. Pro. No. 20-08053 (AST) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SAGE GROUP CONSULTING, INC., AND SALIL SHARMA, | : | |
| | : | |
| Defendants. | x | |

---------------------------------------------------------------------

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua A. Kane, an associate with the law firm DLA Piper LLP (US), hereby appears as counsel for Howard M. Ehrenberg, the duly appointed liquidating trustee in the above-captioned Chapter 11 cases and the plaintiff in this adversary proceeding, and requests service of all papers in this action at the address stated below.

Dated: New York, New York
July 9, 2021

DLA Piper LLP (US)

*/s/* Joshua A. Kane
Joshua A. Kane
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4561
Facsimile: (917) 778-8561
E-mail:  joshua.kane@us.dlapiper.com

*Counsel to Plaintiff Liquidating Trustee*