UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, L.L.C. | : | Case No. 18-74545 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------------- x
:
HOWARD M. EHRENBERG,                                       :
CHAPTER 11 LIQUIDATING TRUSTEE,                            : Adv. Pro. No. 20-08053 (AST)
                                                           :
                                                           :
                       Plaintiff,                          :
    v.                                                     :
                                                           :
SAGE GROUP CONSULTING, INC., AND SALIL SHARMA,             :
                                                           :
                       Defendants.             x
-----------------------------------------------------------------

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael D. Hynes, a partner with the law firm DLA Piper LLP (US), hereby appears as counsel for Howard M. Ehrenberg, the duly appointed liquidating trustee in the above-captioned Chapter 11 cases and the plaintiff in this adversary proceeding, and requests service of all papers in this action at the address stated below.

Dated: New York, New York
       July 9, 2021

DLA Piper LLP (US)

*/s/* Michael D. Hynes
Michael D. Hynes
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4942
Facsimile: (212) 884-8642
E-mail:  michael.hynes@us.dlapiper.com

*Counsel to Plaintiff Liquidating Trustee*